(66 Hun, 629.)

BIRDSALL, Respondent, v. KEYES, Appellant.

(Supreme Court, General Term, Third Department. December 8, 1892.)

Action by Thomas G. Birdsall against Charles E. Keyes.

No opinion. Motion for leave to go to the court of appeals denied, with $10 costs. See 21 N. Y. Supp. 87.

---

BOARD OF EDUCATION OF WATERFORD v. CUNNINGHAM.

(Supreme Court, General Term, Third Department. February 16, 1893.)

Action by the board of education of Waterford against Alexander S. Cunningham.

No opinion. Motion denied, with $10 costs.

---

BOURDON, Appellant, v. NEW YORK & L. C. TRANSP. CO., Respondent.

(Supreme Court, General Term, Third Department. February 16, 1893.)

Action by Louis Bourdon against the New York & Lake Champlain Transportation Company.

No opinion. Order affirmed, with costs and printing disbursements.

---

(67 Hun, 527.)

In re GREEN'S WILL.

In re BARNES et al.

(Supreme Court, General Term, Third Department. February 16, 1893.)

Application by Eugene F. Barnes and Albert C. Barnes for the probate of an instrument dated July 2, 1888, and a codicil thereto dated July 2, 1890, purporting to be the last will of William H. Green, deceased, in which applicants are named as executors; and a further application by Georgianna R. Green for the probate of an instrument dated July 22, 1890, purporting to be the last will of said decedent, in which she is named as executrix.

Argued before MAYHAM, P. J., and PUTNAM and HERRICK, JJ.

King & Speck, (Henry A. King and Edward Countryman, of counsel,) for appellant.

Davenport & Hollister, (Charles E. Patterson, of counsel,) for respondent.

No opinion. Affirmed, on the opinion of the surrogate. 20 N. Y. Supp. 538. All concur.

---

PALMER, Respondent, v. NEW YORK & L. C. TRANSP. CO. et al., Appellants.

(Supreme Court, General Term, Third Department. February 16, 1893.)

Action by Edward Palmer against the New York & Lake Champlain Transportation Company and the Lake Champlain Transportation Company.

No opinion. Order affirmed, with costs and printing disbursements.

PUTNAM, J., not acting.